UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTO CLUB GROUP INS. CO.,
as Subrogee of Andrea and John Nelson,

    Plaintiff,                                  Case No. 08-15205
                                            Hon. Lawrence P. Zatkoff
v.

ALL-GLASS AQUARIUM CO., INC.,

    Defendant/Third-Party Plaintiff,

v.

JUDCO MANUFACTURING, INC.,

    Third-Party Defendant.
                                             /

## **JUDGMENT**

      IT IS ORDERED AND ADJUDGED that pursuant to this Court's opinion and order dated May 27, 2010, Plaintiff's action is DISMISSED WITH PREJUDICE.

    Dated at Port Huron, Michigan, this 27th day of May, 2010.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                  BY:     S/Marie E. Verlinde

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE